UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :         97cr269 (DLC)
                                        :
          -v-                           :         ORDER
                                        :
JESSE BAILEY,                           :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     Having received the defendant's letter of July 9, 2021, it
is hereby

     ORDERED that the defendant shall submit his motion for
compassionate release by **September 9, 2021**.  The Government
shall respond by **September 23, 2021**.  Any reply shall be
submitted by **September 28, 2021**.

Dated:    New York, New York
          July 9, 2021

                              _____
                                   DENISE COTE
                              United States District Judge