**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 24, 2021

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**   *United States v. Jesse Earl Bailey*
               1:97-cr-00269-DLC-2

Dear Judge Cote:

      The Government writes to request an extension of the briefing schedule set forth in the Court's July 9, 2021 order (ECF No. 205), related to defendant Jesse Earl Bailey's motion for compassionate release. The Government apologizes for being unaware of the Court's briefing order, on account of a current Assistant United States Attorney not yet being assigned to the matter. The Government respectfully requests that the deadline for its opposition to the defendant's motion be set for October 8, 2021, with any reply from the defendant due on October 15, 2021.

                    Respectfully submitted,

                    AUDREY STRAUSS
                    United States Attorney

          by: */s/ Jane Y. Chong*
                    Jane Y. Chong
                    Assistant United States Attorney
                    (917) 763-3172

cc: Richard Harris Rosenberg (by CM/ECF)

*Granted.*
*Denise Cote*
*9/24/21*